| | |
|---|---|
| Joseph R. Saveri (State Bar No. 130064)<br>Matthew S. Weiler (State Bar No. 236052)<br>Kyla J. Gibboney (State Bar No. 301441)<br>JOSEPH SAVERI LAW FIRM, INC.<br>555 Montgomery, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email:  jsaveri@saverilawfirm.com<br>          mweiler@saverilawfirm.com<br>          kgibboney@saverilawfirm.com<br><br>*Attorneys for Plaintiffs and the Proposed Class*<br><br>[Additional Counsel on Signature Page] | Nathan P. Eimer (*pro hac vice*)<br>Email: neimer@eimerstahl.com<br>EIMER STAHL LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Telephone: (312) 660-7600<br>Fax: (312) 692-1718<br><br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Display Co., Ltd. and LG Display America, Inc.*<br><br>James L. Cooper (*pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Telephone:     202.942.5000<br>Facsimile:       202.942.5999<br>Email:  james.cooper@apks.com<br><br>*Attorneys for Defendants Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Electronics Company, Ltd.*<br><br>[Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A. FROST; ANDREW AMIRNOVIN; and JOSE RA,<br><br>            Plaintiffs, and on behalf of all others similarly-situated,<br><br>v.<br><br>LG CORPORATION; LG ELECTRONICS INC.; LG ELECTRONICS U.S.A., INC.; LG DISPLAY CO., LTD.; LG DISPLAY AMERICA INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.,<br><br>            Defendants. | Master Docket No. 5:16-cv-05206-BLF<br><br>**JOINT ~~PROPOSED~~ SCHEDULE**<br><br>APPROVED<br>*Beth Labson Freeman*<br>Judge Beth Labson Freeman |

In accordance with this Court's April 20, 2017 Order, plaintiffs A. Frost, Andrew Amirnovin, and Jose Ra (collectively, "Plaintiffs"), and defendants LG Electronics, Inc. ("LGE"), LG Electronics U.S.A., Inc., LG Display Co., Ltd. ("LGD"), LG Display America, Inc., ("LG Defendants"), Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (the "Samsung Defendants," and collectively, "Defendants"), hereby provide this Joint Proposed Schedule for completing jurisdictional discovery and amending the pleadings. *See* Dkt. Nos. 125 & 126.

Plaintiffs and LGE and LGD have met and conferred and largely agree to the scope and subject matter of Plaintiffs' requested jurisdictional discovery. The remaining open issues relate to Plaintiffs' Request for Production 10, which seeks communications regarding the Korean parents' role in the hiring, recruiting or retention of employees of LG's United States subsidiaries. Plaintiffs and LGE and LGD have agreed to begin rolling production of documents while they continue to negotiate regarding Request No. 10. The LG Defendants will also produce organizational charts to Plaintiffs within twelve days of the date of this filing. After reviewing the charts, the Parties will meet and confer regarding Request No. 10.

Plaintiffs and LGE and LGD are also negotiating the proper relevant time period for the LG Defendants' document production. Plaintiffs request that LGE and LGD produce responsive electronically stored information from 2010 to the present, and any responsive hard copies of documents from 2005 to the present. LGE and LGD believe that the relevant time period for all documents and information should be from 2010 to the present. Plaintiffs and LGE and LGD agree to limit the relevant period for Plaintiffs' Interrogatories to 2010 to the present.

LGE and LGD have agreed to produce all discovery other than that subject to outstanding negotiations by July 26, 2017, and to complete discovery within two months after the date that the Parties either resolve negotiations with an agreement or the Court resolves any outstanding issues. If necessary, the Parties will adjust the proposed schedule below to accommodate the production of documents subject to outstanding negotiations. The Parties will contact the Court if they reach an impasse, but do not request a telephonic case management conference at this time.

**The Parties propose the following schedule:**

| Event | Date |
|---|---|
| Deadline to produce in response to agreed-upon discovery | July 26, 2017 |
| Deadline to comply with discovery | Two months from date the Parties or the Court resolve remaining discovery issues |
| Last day to file Amended Complaint | September 4, 2017 |
| Response(s) to Amended Complaint due | October 16, 2017 |
| Opposition due if Response(s) are Motion(s) to Dismiss | November 27, 2017 |
| Reply(ies) in Support of Motion(s) to Dismiss due | December 18, 2017 |

Dated: May 26, 2017

Respectfully Submitted,

By:   */s/ Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Matthew S. Weiler (State Bar No. 236052)
Kyla J. Gibboney (State Bar No. 301441)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery, Suite 1200
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
         mweiler@saverilawfirm.com
         kgibboney@saverilawfirm.com

Stuart G. Gross (State Bar No. 251019)
Benjamin H. Klein (*proc hac vice* to be submitted)
Rachel N. Rivers (State Bar No. 291283)
GROSS & KLEIN LLP
The Embarcadero
9 Pier, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688
Email:  sgross@grosskleinlaw.com
          bklein@grosskleinlaw.com
          rrivers@grosskleinlaw.com

Eric L. Cramer (admitted *pro hac vice*)
Michael J. Kane (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email:  ecramer@bm.net
          mkane@bm.net

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612-338-4605
Facsimile: 612-338-4692
Email:  veasades@heinsmills.com

John Radice
RADICE LAW FIRM, P.C.
34 Sunset Blvd
Long Beach, NJ 08008
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
Email: jradice@radicelawfirm.com

Jason S. Hartley (State Bar No. 192514)
Jason M. Lindner (State Bar No. 211451)
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Tel: 619-400-5822
Fax: 619-400-5832
Email:  hartley@stuevesiegel.com
          lindner@stuevesiegel.com

3                    Master Docket No. 5:16-cv-05206-BLF
JOINT ~~PROPOSED~~ SCHEDULE

Steven N. Williams (State Bar No. 175489)
Adam J. Zapala (State Bar No. 245748)
Elizabeth Tran (State Bar No. 280502)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
Email:  swilliams@cpmlegal.com
           azapala@cpmlegal.com
           etran@cpmlegal.com

Daniel E. Gustafson (admitted *pro hac vice*)
Catherine K. Smith (admitted *pro hac vice*)
Brittany N. Resch (admitted *pro hac vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
Email:  dgustafson@gustafsongluek.com
           csmith@gustafsongluek.com
           bresch@gustafsongluek.com

Kenneth A. Wexler (admitted *pro hac vice*)
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
Email:  kaw@wexlerwallace.com

Simon B. Paris (*pro hac vice* to be submitted)
Patrick Howard (*pro hac vice* to be submitted)
SALTZ, MONGELUZZI, BARRETT &
BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
Email:  sparis@smbb.com
           phoward@smbb.com

|     |     |
| --- | --- |
|     | Patrick W. Michenfelder (*pro hac vice* to be submitted) |
|     | THRONDSET MICHENFELDER, LLC |
|     | Cornerstone Building |
|     | One Central Avenue W., Suite 203 |
|     | St. Michael, Minnesota 55376 |
|     | Tel: (763) 515-6110 |
|     | Fax: (763) 226-2515 |
|     | Email:  pat@throndsetlaw.com |

*Attorneys for Plaintiffs and the Proposed Class*

Dated: May 26, 2017                    By:     /s/ Nathan P. Eimer
                                                              Nathan P. Eimer

Nathan P. Eimer (*pro hac vice*)
Email: neimer@eimerstahl.com
Daniel D. Birk (*pro hac vice*)
Email: dbirk@eimerstahl.com
James J. Kylstra (*pro hac vice*)
Email: jkylstra@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
FAX: (312) 692-1718

John H. L'Estrange , Jr.
Email: jlestrange@wlelaw.com
Joseph T. Ergastolo
Email: jte@wlelaw.com
Andrew Edward Schouten
Email: aschouten@wlelaw.com
WRIGHT, L'ESTRANGE & ERGASTOLO
402 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 231-4844
Fax: (619)231-6710

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Display Co., Ltd. and LG Display America, Inc.*

| | | |
|---|---|---|
| Dated: May 26, 2017 | By: | /s/ *James L. Cooper* |
| | | James L. Cooper |

James L. Cooper (*pro hac vice*)
Kenneth L. Chernof (No. 156187)
Anne P. Davis (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone:     202.942.5000
Facsimile:     202.942.5999
Email:  james.cooper@apks.com
            ken.chernof@apks.com
            anne.davis@apks.com

Daniel B. Asimow (No. 165661)
Carolyn A. Pearce (No. 289681)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     415.471.3100
Facsimile:     415.471.3400
Email:  daniel.asimow@apks.com
            carolyn.pearce@apks.com

*Attorneys for Defendants Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Electronics Company, Ltd.*

## ATTESTATION

I, Joseph R. Saveri, am the ECF User whose identification and password are being used to file this Joint Proposed Schedule. I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

| | | |
|---|---|---|
| | By: | /s/ *Joseph R. Saveri* |
| | | Joseph R. Saveri |