# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| A. FROST and JOSE RA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS INC.; LG ELECTRONICS U.S.A., INC.; SAMSUNG ELECTRONICS CO., LTD.; and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 16-cv-05206-BLF<br><br>**JUDGMENT** |

Plaintiffs' Second Amended Consolidated Class Action Complaint having been dismissed without leave to amend and the action having been dismissed,

It is hereby ordered and adjudged that Plaintiffs take nothing by this action and that Judgment is entered for Defendants and against Plaintiffs.

Dated: June 22, 2018

_____
BETH LABSON FREEMAN
United States District Judge